JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| TIMOTHY C. FOSTER, an individual, <br><br> Plaintiff, <br><br> v. <br><br> EXXONMOBIL OIL CORPORATION, a New York corporation, EXXONMOBIL CORPORATION, a New Jersey corporation, CIRCLE K STORES INC., a Texas corporation and DOES 1 through 10, Inclusive, <br><br> Defendants. | Case No. CV12-08853 PA (VBKx) <br><br> **ORDER GRANTING STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** <br><br> Complaint Filed:  October 16, 2012 <br><br> District Judge:  Hon. Percy Anderson <br> Dept:  15 <br><br> Magistrate:  Hon. Victor B. Kenton <br> Dept:  590 <br> Trial Date:  August 13, 2013 |

C0379003/1629648-1

1    Case No.  CV12-08853 PA (VBKx)

[PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

1    Having considered the Stipulation to Dismiss Entire Action With Prejudice by
2 and between the parties, the Court hereby orders this action to be dismissed with
3 prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party
4 shall bear their own attorneys' fees and costs.

6    IT IS SO ORDERED.

9 Dated: August 7, 2013                    _____
                                          Hon. Percy Anderson
                                          United States District Judge